**Motion Denied and Order filed July 15, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00130-CV
———————

### ROGER JENKINS, Appellant

### V.

### RONNIE WAYNE WILLS II, Appellee

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-66572**

---

## ORDER

Appellant has filed an unagreed motion to consolidate this appeal with related appeal number 14-20-00132-CV. When multiple notices of appeal from the same judgment or order have been filed, the court encourages the parties to consider requesting consolidation of those appeals. However, these appeals are not from the same order. The motion is denied.

Appellant has not requested a joint briefing schedule or filed a motion to file a single brief that applies to both appeals. Appellant's briefs in both appeals are due July 29, 2021.

The appeals will be coordinated and submitted to the same panel.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.